# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | Civil Action No. 1:10-cv-01936-ABJ |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ASAHI TEC CORPORATION, Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding shall be and is hereby dismissed with prejudice, and each party shall bear said party's own costs and attorney's fees.

Dated: October 31, 2014

                PAUL, WEISS, RIFKIND,
                  WHARTON & GARRISON LLP

                By: /s/ Alexandra M. Walsh
                     Alexandra M. Walsh (Bar ID: 490484)
                2001 K Street, NW
                Washington, DC 20006-1047
                Tel.: 202-223-7300
                awalsh@paulweiss.com

                    - and -

Lewis R. Clayton (admitted pro hac vice)
Robert N. Kravitz (admitted pro hac vice)
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: 212-373-3000
lclayton@paulweiss.com
rkravitz@paulweiss.com

*Attorneys for Asahi Tec Corporation*


PENSION BENEFIT GUARANTY
CORPORATION

By: /s/ Paula J. Connelly
Israel Goldowitz (D.C. Bar No. 291120)
Chief Counsel
Karen L. Morris (D.C. Bar No. 419786)
Deputy Chief Counsel
James L. Eggeman (D.C. Bar No. 429289)
Paula J. Connelly (D.C. Bar No. 389055)
Assistant Chief Counsels
Ralph L. Landy
Shari D. Williams
Attorney
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020
Fax: (202) 326-4112
e-mail:landy.ralph@pbgc.gov